UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON NAVARRO LUPERCIO,<br><br>    Petitioner,<br><br>    v.<br><br>OFFICE OF THE CLERK OF COURT,<br><br>    Respondent. | Case No. 22-01727 NC (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner at San Quentin State Prison, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges his state conviction from the Superior Court of Tulare County. Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). However, petitions challenging a conviction or sentence are preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b)(1); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, because petitioner challenges a conviction from Tulare County, the Eastern District of California is the district of conviction.

Case No. 21-01727-NC (PR)
ORDER OF TRANSFER

1  Accordingly, this case is **TRANSFERRED** to the United States District Court for the
2  Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending
3  motions and transfer the entire file to the Eastern District of California.

4  **IT IS SO ORDERED.**

5  DATED: March 22, 2022

  NATHANAEL M. COUSINS
6  United States Magistrate Judge

Case No. 21-01727-NC (PR)
ORDER OF TRANSFER