UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON NAVARRO LUPERCIO,<br><br>Petitioner,<br><br>v.<br><br>OFFICE OF THE CLERK OF COURT,<br><br>Respondent. | Case No.   1:22-cv-00338-DAD-HBK (HC)<br><br>ORDER STRIKING IMPROPER PLEADINGS FROM THE RECORD<br><br>(Doc. Nos. 17, 18) |

Petitioner Ramon Navarro Lupercio, a state prisoner, has pending an amended *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254.  (Doc. No. 13).  Before the Court are Petitioner's "Notices."  (Doc. Nos. 17, 18).  The Court cannot discern the purpose of the pleadings.  Liberally construed, Petitioner appears to expand on arguments in his amended petition.  Neither the Federal Rules of Civil Procedure nor the Local Rules provide for the right to file additional pleadings outside those described in Fed. R. Civ. P. 7(a).

Accordingly, it is **ORDERED**:

The Clerk of Court is directed to STRIKE Petitioner's unauthorized pleadings (Doc. Nos. 17, 18) from the record.

Dated:   May 2, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE